IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SALLIE ROBERTSON, | ) Case No. 4:04CV00043 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Jackson L. Kiser |
| CROWN AUTO, INC., et al. | )     Senior United States District Judge |
| Defendants. | ) |

Under the Pretrial Order, parties have ninety (90) days after filing a motion to notice the motion for a hearing, and failure to comply will result in dismissal of the motion. Plaintiff filed a Motion for Partial Summary Judgment [32] on April 20, 2005, and ninety (90) days has elapsed without the Plaintiff noticing it for hearing. It is accordingly **ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **DISMISSED** and stricken from the docket.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 21st day of July, 2005.

s/Jackson L. Kiser
Senior United States District Judge
