IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| SALLIE ROBERTSON, | ) | |
|---|---|---|
| | ) | Case No. 4:04-CV-00043 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CROWN AUTO, INC., et al. | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |
| | ) | |
| | ) | |

For the reasons stated in the accompany *Memorandum Opinion*, it is **ORDERED** that the *Defendants' Motions for Summary Judgment* [41, 43] are **denied** as they pertain to the first cause of action in the Plaintiff's *Amended Complaint*. It is also **ORDERED** that as to the Plaintiff's second, third, and fourth causes of action the parties submit briefs on the issue of supplemental jurisdiction within fourteen (14) days of the date of this *Order*.

The Clerk of Court is hereby directed to set a trial date in this case, and to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 2nd day of February, 2006.

s/Jackson L. Kiser
Senior United States District Judge