IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SALLIE ROBERTSON, ) | |
| ) | Case No. 4:04-CV-00043 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CROWN AUTO, INC., et al. ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |
| ) | |

For the reasons stated in the accompanying *Memorandum Opinion*, it is **ORDERED** that this Court will exercise supplemental jurisdiction. The federal and state claims embodied in the Plaintiff's *Amended Complaint* will proceed during the jury trial in this case scheduled to begin on Monday June 19, 2006 at 9:30 AM before this Court.

The Clerk of Court is directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 14th day of March, 2006.

s/Jackson L. Kiser<br>
Senior United States District Judge