IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SALLIE ROBERTSON, ) | |
| ) | Case No. 4:04-CV-00043 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CROWN AUTO, INC., et al. ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |
| ) | |
| ) | |

The trial in this case was originally scheduled to begin before this Court on Monday, June 19, 2006. A *Motion* [66] requesting that this Court continue the trial in this case and refer this case to mediation was filed by the Plaintiff on June 7, 2006. The Defendant expressed support for the Plaintiff's *Motion*.

The Plaintiff's *Motion* is hereby **granted**. Consequently, I hereby refer this case to the United States Magistrate Judge Michael F. Urbanski for the purpose of mediation. The Magistrate Judge will schedule the mediation hearing for this case. The rescheduling of the trial in this case is subject to the outcome of the mediation.

The Clerk is directed to send a certified copy of this *Order* to Magistrate Judge Michael F. Urbanski and to all counsel of record in this case.

Entered this 8th day of June, 2006.

                                                    s/Jackson L. Kiser
                                                    Senior United States District Judge